# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES SMITH and KATHLEEN SMITH,

      Plaintiffs,

v.                                          Case No. 6:25-cv-189-JA-LHP

WESTGATE RESORTS, LTD.,

      Defendant.
_____

## ORDER

On April 25, 2025, Plaintiffs' counsel emailed chambers her research to support contentions she made in opposing Defendant's motion to dismiss. Plaintiffs' counsel was directed to file that research with the clerk on May 7, 2025, and to reformat it so that entire pages of caselaw were visible. However, Plaintiffs' counsel still has not done so. Accordingly, on or before **May 19, 2025**, Plaintiffs' counsel is directed to file the information contained in her April 25th email with the clerk, with the correct formatting.

**DONE** and **ORDERED** in Orlando, Florida, on May 14, 2025.

                                                  JOHN ANTOON II
                                                  United States District Judge

Copies furnished to:
Counsel of Record