UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES SMITH and KATHLEEN SMITH,

      Plaintiffs,

v.

Case No. 6:25-cv-189-JA-LHP

WESTGATE RESORTS, LTD.,

      Defendant.

### ORDER

    Pending before the Court is Defendant's motion for sanctions under Federal Rule of Civil Procedure 11 against Plaintiff's counsel and her firm, The Timeshare Law Firm. (Doc. 23). To decide that motion, the Court needs additional information from Defendant.

    Accordingly, on or before **July 8, 2025**, Defendant shall file a written supplemental memorandum not to exceed **ten pages** that addresses whether the Court may impose sanctions on the founder of The Timeshare Law Firm,

John Abrams, personally. John Abrams may submit a memorandum on this issue on or before **July 8, 2025**.

**DONE** and **ORDERED** in Orlando, Florida, on June 24, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record

2