# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES SMITH and KATHLEEN SMITH,

        Plaintiffs,

v.                             Case No. 6:25-cv-189-JA-LHP

WESTGATE RESORTS, LTD.,

        Defendant.

## ORDER

Within **fourteen days** from the date of this Order, Stephanie Parsons shall provide this Court a list of all papers she has submitted on behalf of a client in state or federal court. The list shall identify the case, the court in which the paper was filed, and the document number.

**DONE** and **ORDERED** in Orlando, Florida, on July 10th, 2025.

                                          JOHN ANTOON II
                                          United States District Judge

Copies furnished to:
Counsel of Record