# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES SMITH and KATHLEEN SMITH,

    Plaintiffs,

v.      Case No. 6:25-cv-189-JA-LHP

WESTGATE RESORTS, LTD.,

    Defendant.

## ORDER

Westgate moves for a determination of entitlement to attorney's fees as a prevailing party under the Florida Deceptive and Unfair Trade Practices Act (FDUTPA), § 501.2105, Fla. Stat., and Federal Rule of Civil Procedure 54. (Doc. 61). The Clerk has not yet entered judgment in this case and thus the Court's consideration of Westgate's entitlement to attorney's fees is premature. *See* Fed. R. Civ. P. 54(d)(2); M.D. Fla. Local Rule 7.01(b). Accordingly, Westgate's motion (Doc. 61), is **denied without prejudice**.

DONE and ORDERED in Orlando, Florida, on August 27, 2025.

                                            JOHN ANTOON II
                                   United States District Judge

Copies furnished to:
Counsel of Record